IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**DAVID GORDON,**

                **Petitioner,**

vs.                                                No. CIV-12-00951 LH/WDS

**JOHN SANCHEZ, Warden,**
**And GARY K. KING, Attorney**
**General for the State of New Mexico,**

                **Respondents.**

## ORDER

      **THIS MATTER** comes before the Court on *Respondents' Motion for a 45-Day Extension of Time to File an Answer or, Alternatively, to Submit a Status Report*, [Doc. 7], filed November 1, 2012.

      Having reviewed the motion, the relevant pleadings, and being otherwise fully informed in the premises, the Court determines that the motion is well-taken.

      **IT IS, THEREFORE, ORDRED** that *Respondents' Motion for a 45-Day Extension of Time to File an Answer or, Alternatively, to Submit a Status Report*, [Doc. 7], is **GRANTED;**

      **IT IS FURTHER ORDERED** that Respondents shall have until December 20, 2012 to file an *Answer* or, alternatively, to submit a status report.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:
Jane A. Bernstein
Assistant Attorney General
November 1, 2012