IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**DAVID GORDON,**

        Petitioner,

vs.                                                                 No. CIV-12-00951 LH/WDS

**JOHN SANCHEZ, Warden,
And GARY K. KING, Attorney
General for the State of New Mexico,**

        Respondents.

## ORDER

**THIS MATTER** comes before the Court on *Respondent's Status Report and Motion for 45-Day Extension of Time to File an Answer, or Alternatively, to Submit a Supplemental Status Report,* [Doc. 9]*,* filed December 19, 2012.

Having reviewed the motion, the relevant pleadings, and being otherwise fully informed in the premises, the Court determines that the motion is well-taken.

**IT IS, THEREFORE, ORDERED** that *Respondent's Status Report and Motion for 45-Day Extension of Time to File an Answer or Alternatively, to Submit a Supplemental Status Report*, [Doc. 9], is **GRANTED;**

**IT IS FURTHER ORDERED** That Respondents shall have until February 4, 2013, to file an *Answer* or, alternatively to submit a supplemental status report.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:
Jane A. Bernstein
Assistant Attorney General

December 19, 2012.